**SAO**
JONATHAN B. GOLDSMITH, ESQ.
Nevada Bar No. 11805
9029 South Pecos Road, #2800
702.386.8637 / 702.385.3025 (Facsimile)
jgoldsmith@lawrosen.com
In Proper Person

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JONATHAN B. GOLDSMITH, ESQ., an Individual | ) ) | Case No. 2:10-cv-01845-RLH-PAL |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| JORDAN R. COOPER, an Individual; CHERYL COOPER DRISCOLL, an Individual; FACEBOOK, INC,; a Foreign Corporation; DOES 1 through 5 and ROE CORPORATIONS 1 through 5, inclusive, | ) ) ) ) ) ) | |
| Defendant. | ) | |

## **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED between Jonathan B. Goldsmith, Esq. and Facebook, Inc., above named, by and through their undersigned counsel of record, that the above-entitled case be dismissed with prejudice.

IT IS FURTHER STIPULATED that each party will bear its own attorney fees and costs.

DATED this 7th day of December, 2010.


/s/ Jonathan B. Goldsmith
Jonathan B. Goldsmith, Esq.
9029 S. Pecos Road, #2800
Henderson, Nevada 89074
In proper person

/s/ Christian M. Orme
Christian M. Orme, Esq.
10080 West Alta, Suite 200
Las Vegas, Nevada 89145
Attorneys for Facebook, Inc.

## **ORDER**

Based upon the stipulation of counsel for the parties, the above-entitled action is HEREBY ORDERED dismissed with prejudice with each party bearing its own attorney fees and costs.

IT IS SO ORDERED.

DATED this ___8th___ day of ___December, 2010___, ___.

_____
CHIEF UNITED STATES DISTRICT JUDGE